**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**HAROLD E. BENNETT
ADC #121446**                                                                                                  **PLAINTIFF**

**V.**                        **2:06CV00018 WRW/JTR**

**JOHN DOES, the Unknown Members of
the Arkansas Board of Correction et al.**                                  **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate J. Thomas Ray.[1]  Plaintiff has not filed objections.

After making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion to Amend the Complaint[2] is DENIED.

2. Plaintiff's Motion for Voluntary Partial Dismissal[3] is GRANTED, and Defendants John Does, the unknown members for the Arkansas Board of Corrections, and Defendant Institutional Parole Officer Cobb be DISMISSED, WITHOUT PREJUDICE.

---

[1] Doc. No. 25.

[2] Doc. No. 16.

[3] Doc. No. 17.

3. Plaintiff's Motion for Service[4] be GRANTED and the Post Prison Transfer Board Chairman, Leroy Brownlee, is ADDED as a Defendant in this action.

4. The Clerk is directed to prepare a summons for Defendant Brownlee, and the United States Marshal is directed to serve the summons, the Complaint,[5] and this Order on him through the ADC Compliance Division, without prepayment of fees and costs or security.

5. The Court CERTIFIES, under 28 U.S.C. §1915(a)(3), that an *in forma pauperis*, appeal from this Order would not be taken in good faith.

DATED this 25th day of July, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[4]Doc. No. 18.

[5]Doc. No. 1.